**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-6587**

———————————

RONALD G. JOHNSON,

Plaintiff - Appellant,

versus

MOSBY G. PERROW, Judge; CLERK OF COURT, Lynch-
burg City Circuit Court,

Defendant - Appellees.

———————————

**No. 98-6624**

———————————

RONALD G. JOHNSON,

Plaintiff - Appellant,

versus

MOSBY G. PERROW, Judge; CLERK OF COURT, Lynch-
burg City Circuit Court,

Defendants - Appellees.

———————————

Appeals from the United States District Court for the Western
District of Virginia, at Roanoke. Samuel G. Wilson, Chief District
Judge. (CA-98-236-R)

———————————

Submitted: July 22, 1998                    Decided: August 10, 1998

Before ERVIN, MICHAEL, and MOTZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Ronald G. Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Appellant, a Virginia inmate, appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998) and denying his motion for appointment of counsel. We have reviewed the record and the district court's opinions and find that these appeals are frivolous. Accordingly, we dismiss both appeals on the reasoning of the district court. Johnson v. Perrow, No. CA-98-236-R (W.D. Va. Apr. 14 & 23, 1998). Appellant's motion for appointment of counsel, filed in this court, is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3